# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1341

_____

Tarvuell Clark,                          *
                                         *
            Appellant,                   *
                                         *    Appeal from the United States
      v.                                 *    District Court for the Western
                                         *    District of Missouri.
Hugh G. Harris,                          *
                                         *          [UNPUBLISHED]
            Appellee.                    *

_____

Submitted:  April 2, 2001

Filed:   April 10, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Tarvuell Clark appeals the district court's[1] pre-service dismissal of his <u>Bivens</u>[2] action and moves to proceed in forma pauperis (IFP) on appeal.  Having carefully reviewed the record, <u>see</u> <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000)

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

[2]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

(per curiam), we conclude that Mr. Clark's complaint failed to state an Eighth Amendment claim upon which relief may be granted. Because Mr. Clark has paid the appellate filing fee, we deny his IFP motion as moot.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.